## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Juma, Sam

Printed:  11/6/07

| | |
|---|---|
| Case Number:  07 B 14615 |
| Judge:  Squires, John H |
| Filed:  8/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 26, 2007

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 20,000.00 | 0.00 |
| 5. | Fremont Investment & Loan | Secured | 33,000.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 4,800.00 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 1,814.68 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 604.64 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 3,299.54 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 0.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,211.46 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 224.90 | 0.00 |
| 13. | Discover Financial Services | Unsecured | 1,083.41 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 891.98 | 0.00 |
| 15. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 16. | Pattern Industries Inc | Unsecured | | No Claim Filed |
| 17. | Chase | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 19. | R&J Construction Supply Company | Unsecured | | No Claim Filed |
| 20. | Praire Material Sales Inc | Unsecured | | No Claim Filed |
| | | | $ 66,930.61 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Juma, Sam

Printed:  11/6/07

Case Number:  07 B 14615

Judge:  Squires, John H

Filed:  8/13/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: